IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAWRENCE L. BLANKENSHIP,

    Plaintiff,

vs.                                                        Case No. 3:10cv248/MCR/MD

HONORABLE JOHN SIMON, et al.,

    Defendants.

_____ /

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on July 15, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     The plaintiff's federal claims are DISMISSED for lack of jurisdiction.

3.     Any state law claims are DISMISSED WITHOUT PREJUDICE.

4.     The clerk is directed to close the file.

DONE AND ORDERED this 19th day of August, 2010.

                                                    s/ *M. Casey Rodgers*
                                                    **M. CASEY RODGERS**
                                                    **UNITED STATES DISTRICT JUDGE**